# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TARA E. LYONS,** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION NO. 05-00689-CB-B |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of Social Security,** | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 22, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 30th day of March, 2007.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**