```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| **TARA E. LYONS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No.05-00689-CB-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## ORDER

The previous order issued by this Court (Doc. 28)in the above matter is hereby **REDACTED**.  This Court issues the following corrected order.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 24, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 15th day of February, 2008.

> s/Charles R. Butler, Jr.
> **Senior United States District Judge**